UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| LARRY JAMES WALKER,<br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>        Defendant. | Civil Action No: 5:17-01979-MGL |

## ORDER

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed November 27, 2018. ECF No. 29. *See* 28 U.S.C. § 2412. On December 10, 2018, Defendant filed a response in support of Plaintiff's motion and agreeing with Plaintiff's calculation of $3,656.84 for attorney's fees. ECF No. 30.

In accordance with *Astrue v. Ratliff*, 130 S.Ct 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B)) and, therefore, this Court **DIRECTS** fees be payable to the Plaintiff and delivered to Plaintiff's counsel. Accordingly,

**IT IS ORDERED** Plaintiff's motion pursuant to the EAJA is granted in the amount of $3,656.84 in attorney's fees.

                                                                        s/ Mary Geiger Lewis
                                                                        MARY GEIGER LEWIS
                                                                        UNITED STATES DISTRICT JUDGE

December 20, 2018
Columbia, South Carolina