

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## ORANGEBURG DIVISION

| | |
|---|---|
| LARRY JAMES WALKER,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, *Commissioner of the Social Security Administration*,<br>　　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 5:17-01979-MGL<br>§<br>§<br>§<br>§<br>§ |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES

This is a Social Security appeal. Pending before the Court is Plaintiff Larry James Walker's motion for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) and Local Rule 83.VII.07, D.S.C., in the amount of $27,503.25. Defendant Andrew M. Saul does not oppose the motion. Having carefully considered the motion, the response, the joint status report, the record, and the relevant law, it is the judgment of the Court the motion is **GRANTED**.

**IT IS SO ORDERED**.

Signed this 3rd day of December, 2020, in Columbia, South Carolina.

　　　　　　　　　　　　　　　　　　/s/ Mary Geiger Lewis
　　　　　　　　　　　　　　　　　　MARY GEIGER LEWIS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE